### Ross et al., Appellants, v. Gleason et al., Respondents.

*(Supreme Court, General Term, Fourth Department. February, 1889.)*

No opinion. Motion denied, with $10 costs.

---

### Sherman, Respondent, v. Wormuth, Appellant.

*(Supreme Court, General Term, Fourth Department. February, 1889.)*

No opinion. Judgment affirmed, with costs.

---

### Union Mut. Life Ins. Co., Appellant, v. Vietor et al., Respondents.

*(Supreme Court, General Term, Fourth Department. February, 1889.)*

No opinion. Order reversed, with $10 costs and disbursements. Merwin, J., not sitting.

---

### Washburn, Respondent, v. Woodcock et al., Appellants.

*(Supreme Court, General Term, Fourth Department. February, 1889.)*

No opinion. Order of the January term amended by striking therefrom the words "and complaint dismissed, with costs against the plaintiff," and inserting therein, after the word "reversed," the words "and a new trial granted, with costs to abide the event;" *ante*, 952, *mem.*

---

### Wilder, Respondent, v. Walters et al., Appellants.

*(Supreme Court, General Term, Fourth Department. February, 1889.)*

No opinion. Order reversed, with $10 costs and disbursements.